UNITED STATES DISTRICT COURT
NORTHERN DIVISION
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID J. DUNWORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARRIER ISLAND ECO TOURS, )<br>CORP., BILL CLAYTON, JEFF WOODS, )<br>JAY AMMONS individually and d/b/a )<br>OBX BAR 4 HIRE, and OBX BAR )<br>4 HIRE, )<br>Defendants. ) | CASE NO.: 2:12-cv-00071-D |

## ORDER ALLOWING PLAINTIFF TO DISMISS WITHOUT PREJUDICE

THIS CAUSE coming on and being heard by the undersigned and for good cause shown, the plaintiff is allowed to dismiss this cause of action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: 2/20/13

By_____
JUDGE JAMES C. DEVER, III
CHIEF US DISTRICT COURT JUDGE